```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Omar Terence Fletcher

       v.                                   Case No. 16-cv-315-PB

US Attorney General, et al.


O R D E R

In accordance with the Judgment of the First Circuit Court of Appeals dated January 12, 2017, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 27, 2016, and dismiss Fletcher's petition for lack of jurisdiction.  The Clerk of Court shall enter judgment and close the case.


    SO ORDERED.

                                            /s/ Paul Barbadoro
                                            _____
                                            /s/ Paul Barbadoro
                                            United States District Judge


Date: January 17, 2017

cc:   Omar Terence Fletcher, Pro Se
       T. David Plourde, Esq.
       Thomas P. Velardi, Esq.